| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Joshua Alan Brannon**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–5736<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed for chapter:        7     7/17/24 |
| Case number:   24–17145–RG | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Joshua Alan Brannon | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 108 43rd Street, Apt. B<br>Union City, NJ 07087 | | |
| 4. | **Debtor's attorney**<br>Name and address | Steven A. Serna<br>Law Offices of Steven A. Serna LLC<br>5300 Bergenline Avenue, Suite 300<br>West New York, NJ 07093 | | Contact phone 201–392–0303<br><br>Email:  bk@sernaesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald V. Biase<br>Donald V. Biase, Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021 | | Contact phone 973–632–0973 |

**For more information, see page 2 >**

Debtor  **Joshua Alan Brannon**                                                                                     Case number **24–17145–RG**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 7/18/24 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 16, 2024 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 969 576 8609, Click on JOIN using passcode 0351882427, or call 1–862–357–7761**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/15/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 24-17145-RG |
|---|---|---|
| Joshua Alan Brannon | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 309A | Total Noticed: 113 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Alan Brannon, 108 43rd Street, Apt. B, Union City, NJ 07087-6167 |
| 520334122 | + | ACS PRimary Care Physician, 3803 FM 1092 Road, Missouri City, TX 77459-2209 |
| 520334120 | + | Accredo Health Group, 1620 Century Center Parkway, Suite 109, Memphis, TN 38134-8849 |
| 520334121 | + | Accu Reference Laboratory, 1901 E Linden Ave #4, Linden, NJ 07036-9997 |
| 520334123 | + | Advanced Comprehensive Laboratory, 67-71 East Willow Street, Millburn, NJ 07041-1461 |
| 520334131 | + | American Well Physicians of NJ, 75 STATE ST FL 26, Boston, MA 02109-1827 |
| 520334133 | + | Barron Emergency Physicians LLC, 1140 ROUTE 72 W, Manahawkin, NJ 08050-2412 |
| 520334134 | + | Brian M. Wraith DC. PC., 323 Bergen Boulevard, Fairview, NJ 07022-1334 |
| 520334135 | + | Broward Health Imperial, 6401 N Federal Highway, Fort Lauderdale, FL 33308-1427 |
| 520334139 | + | Charleston Radiology, 96 Jonathan Lucas Street, Suit 210, Charleston, SC 29425-8900 |
| 520334140 | + | Charleston Radiology, 96 Jonathan Lucas Street, Suite 210, Charleston, SC 29425-8900 |
| 520334141 | + | Citibank, N.A, PO BOX 301030, Los Angeles, CA 90030-1030 |
| 520334145 | + | City of Fort Lauderdale Fire Rescue, 528 NW 2nd Street, Fort Lauderdale, FL 33311-9108 |
| 520334147 | + | Clinical Neurophysiology, 301 E 17th Street, New York, NY 10003-3804 |
| 520334149 | + | Colleton County Fire Rescue, 113 Mable T Willis Blvd, Walterboro, SC 29488-4522 |
| 520334153 | + | Cornell Anesthesia Associates, 156 William Street, New York, NY 10038-2609 |
| 520334156 | + | Delaware River and Bay Authority, PO BOX 4971, Trenton, NJ 08650-4971 |
| 520334158 | + | ECG Associates, PO Box 47590, Jacksonville, FL 32247-7590 |
| 520334157 | + | Earnest, 535 Mission Street, Suite 1663, San Francisco, CA 94105-2997 |
| 520334159 | + | Envision Physician Services, PO BOX 7418, Philadelphia, PA 19101-7418 |
| 520334160 | + | Gabriella Andres De Araujo, 3333 Port Royale Dr. S., Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334161 | + | Gabriella Araujo, 3333 Port Royale Dr. S, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334162 | + | Gabriella Brannon, 3333 Port Royale Dr. S, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334163 | + | Gabriella L. Brannon, 3333 Port Royale Dr. S, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334165 | + | Gabriella Londres De Araujo, 3333 Port Royale Dr. S , Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334168 | + | Gabriella Londres De Araujo, 3333 Port Royale Drive South, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334174 | | Gabriella Londres De Araujo, 333 Port Royale Dr. S., Apt. 802, Fort Lauderdale, FL 33301 |
| 520334181 | + | Green Oak Professional Health, 120 Millburn Ave Ste 201, Millburn, NJ 07041-1935 |
| 520334182 | + | Green Oak Professional Health Services, 120 Millburn Ave Ste 201, Millburn, NJ 07041-1935 |
| 520334184 | + | Hackensack UMC Palisaded, 7600 River Road, North Bergen, NJ 07047-6217 |
| 520334185 | + | Hackensack Umc Palisades, 7600 River road, North Bergen, NJ 07047-6217 |
| 520334186 | + | Half Moon Harbour, PO Box 3630, Everett, WA 98213-8630 |
| 520334190 | + | Inpathy Behavioral Healthcare, 765 Route 70 East, Building A-100, Marlton, NJ 08053-2341 |
| 520334189 | + | Inpathy Behavioral Healthcare, 1120 Route 73 Ste 300, Mount Laurel, NJ 08054-5113 |
| 520334192 | | Inpathy Behavioral Healthcare, 1120 Route 73 Ste 300, Manahawkin, NJ 08050 |
| 520334198 | | Medtrust Medical Transport, 1014 Blankton Circle, # 100, Hanahan, SC 29410 |
| 520334208 | + | NJ Division of Taxation, PO BOX 283, Trenton, NJ 08646-0283 |
| 520334210 | + | NJIN Of Hoboken Women's Imaging, 59 Newark Street, Hoboken, NJ 07030-4545 |
| 520334203 | + | New Jersey E-ZPASS, 725 Canton Street, Norwood, MA 02062-2609 |
| 520334205 | + | New York City Department of Finance, PO BOX 5444, Katy, TX 77491-5444 |
| 520334206 | + | New York Presbyterian Hospital, P.O BOX 1259 Dept. # 149059, Oaks, PA 19456-1259 |
| 520334207 | + | New York Presbyterian Low, 170 William Street, New York, NY 10038-2612 |
| 520334211 | + | North Broward Hospital District, 303 SE 17th Street, Fort Lauderdale, FL 33316-2523 |
| 520334212 | + | Nyh Cmc-Ped Echocardiology, 525 East 68th Street, F677, New York, NY 10065-4870 |
| 520334213 | + | Nyh Cmc-Red Echocardiology, 525 East 68th Street, F677, New York, NY 10065-4870 |
| 520334214 | + | Ofodike Aazuka, 520 Westfield Ave Suite 303, Elizabeth, NJ 07208-1646 |

District/off: 0312-2                              User: admin                                        Page 2 of 4

Date Rcvd: Jul 18, 2024                          Form ID: 309A                                      Total Noticed: 113

| 520334215 | + | Ofodike Azuka, 520 Westfield Ave Suite 303, Elizabeth, NJ 07208-1646 |
| 520334216 | + | One Heart Health, 757 Teaneck Road, Suite B, Teaneck, NJ 07666-4241 |
| 520334218 | + | Osler Medical Group, 288 Boulevard, Hasbrouck Heights, NJ 07604-1318 |
| 520334219 | + | Oxygen XL, PO BOX 22878, Fort Lauderdale, FL 33335-2878 |
| 520334222 | + | PENNSYLVANIA TURNPIKE COMMISSION, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 520334225 | + | PLATE PAY, PO BOX 248935, Oklahoma City, OK 73124-8935 |
| 520334227 | + | PORT AUTHORITY NY NJ, PO BOX 15183, Albany, NY 12212-5183 |
| 520334221 |   | Palisades Cardiology Services, 7704 MARINE ROAD, North Bergen, NJ 07047 |
| 520334223 | + | Phoenix Emergency Medicine of Broward, 6401 N Federal Highway, Fort Lauderdale, FL 33308-1427 |
| 520334224 | + | Phoenix Emergency Medicine of Broward LL, 200 NW 7TH Avenue, Fort Lauderdale, FL 33311-9026 |
| 520334226 | + | Plushcare Of California, 101 Mission St Suite 800, San Francisco, CA 94105-1744 |
| 520334228 | + | Premier Healthcare Centers LLC, 39 S FULLERTON AVENUE, Montclair, NJ 07042-3354 |
| 520334229 | + | Professional Parking Management Corp., 2306 Bellmore Avenue, Bellmore, NY 11710-5627 |
| 520334230 | + | RTR Financial Services, Ins., PO Box 30306, Staten Island, NY 10303-0306 |
| 520334231 |   | Selip & Stylianou, LLP, PO Box 9003, Woodbury, NY 11797-9003 |
| 520334232 |   | Summit Medical Group PA, 3100 Broadway, second Floor, Fair Lawn, NJ 07410 |
| 520334235 | + | The New York City Department of Finance, 66 John Street, New York, NY 10038-3728 |
| 520334239 | + | Union City EMS, 316 16th Streeet, Union City, NJ 07087-4306 |
| 520334238 | + | Union City EMS, 316 16th Street, Union City, NJ 07087-4306 |
| 520334240 | + | Union City Municipal Court, 3715 Palisade Avenue, Union City, NJ 07087-4809 |
| 520334243 | + | VF (Minor), 3333 Port Royale Dr. S, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334244 | + | VF (Minor), 3333 Port Royale Drive South, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334246 | + | Weill Cornell Imaging, 2315 Broadway, 4th Floor, New York, NY 10024-4332 |
| 520334247 | + | Weill Medical College Of Cornell, 1300 York Avenue, New York, NY 10065-4805 |
| 520334248 |   | Zuric Behavioral Health LLC, 1120 Route 73 Ste 3001366 Suwanee Drive, North Brunswick, NJ 08902 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty |   | Email/Text: bk@sernaesq.com | Jul 18 2024 20:53:00 | Steven A. Serna, Law Offices of Steven A. Serna LLC, 5300 Bergenline Avenue, Suite 300, West New York, NJ 07093 |
| tr | + | Email/Text: donald.biase@txitrustee.com | Jul 18 2024 20:53:00 | Donald V. Biase, Donald V. Biase, Chapter 7 Trustee, PO Box 646, Essex Fells, NJ 07021-0646 |
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520334234 |   | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Jul 18 2024 20:53:00 | TeamHealth, 3231 North Star Circle, Louisville, TN 37777 |
| 520334132 | + | Email/Text: legal@arsnational.com | Jul 18 2024 20:54:00 | ARS National Services Inc., PO BOX 469046, Escondido, CA 92046-9046 |
| 520334126 |   | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 18 2024 21:04:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520334124 |   | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 18 2024 21:04:07 | Affirm, Inc., 650 California St, Fl 12, Fl 12, San Francisco, CA 94108-2716 |
| 520334130 | + | EDI: MAXMSAIDV | Jul 19 2024 00:37:00 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520334142 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 18 2024 20:53:00 | Citizens Bank, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 520334143 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 18 2024 20:53:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520334144 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 18 2024 20:53:00 | Citizens One Auto Finance, 1 Citizen Bank Way, Johnston, RI 02919 |

| | | | |
|---|---|---|---|
| 520334151 | | Email/Text: collectionadmin@genesiscred.com | |
| | | Jul 18 2024 20:53:00 | Columbia Debt Recovery, PO Box 1550, Sunnyside, WA 98944-3550 |
| 520334137 | | EDI: CAPITALONE.COM | |
| | | Jul 19 2024 00:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520334136 | + | EDI: CAPITALONE.COM | |
| | | Jul 19 2024 00:37:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520334138 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jul 18 2024 21:04:14 | Carson Smithfield LLC, PO BOX 660397, Dallas, TX 75266-0397 |
| 520334150 | + | Email/PDF: HCABKNotifications@resurgent.com | |
| | | Jul 18 2024 21:04:17 | Colleton Medical Center, 501 Robertson Boulevard, Walterboro, SC 29488-2787 |
| 520334152 | + | EDI: WFNNB.COM | |
| | | Jul 19 2024 00:37:00 | Comenity Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 520334154 | + | EDI: CCS.COM | |
| | | Jul 19 2024 00:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520334155 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Jul 18 2024 21:17:00 | Credit One Bank, PO BOX 60500, City of Industry, CA 91716-0500 |
| 520334177 | | Email/Text: ANGIES@GENESISCRED.COM | |
| | | Jul 18 2024 20:54:00 | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Everett, WA 98213-8630 |
| 520334179 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Jul 18 2024 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520334178 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Jul 18 2024 20:54:00 | Goldman Sachs Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520334187 | | Email/Text: sb_jira_integration@happymoney.com | |
| | | Jul 18 2024 20:53:00 | Happy Money, 21515 Hawthorne Blvd, Torrance, CA 90503-6501 |
| 520334188 | | Email/Text: sb_jira_integration@happymoney.com | |
| | | Jul 18 2024 20:53:00 | Happy Money, Attn: Bankruptcy, 21515 Hawthorne Blvd, Ste 200, Torrance, CA 90503-6512 |
| 520334183 | ^ | MEBN | |
| | | Jul 18 2024 20:52:52 | Hackensack Meridian Health, Palisades Medical Center PO Box 8505, Pompano Beach, FL 33075-8505 |
| 520334193 | + | EDI: IRS.COM | |
| | | Jul 19 2024 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520334196 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 18 2024 21:17:09 | LVNV Funding c/o Resurgent Capital Servi, PO BOX 510090, Livonia, MI 48151-6090 |
| 520334195 | | EDI: LENDNGCLUB | |
| | | Jul 19 2024 00:37:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 520334194 | | EDI: LENDNGCLUB | |
| | | Jul 19 2024 00:37:00 | Lending Club, 595 Market St, San Francisco, CA 94105-2802 |
| 520334197 | | Email/Text: mdtaoag@mdta.state.md.us | |
| | | Jul 18 2024 20:54:00 | Maryland Transportation Authority, PO BOX 12853, Philadelphia, PA 19176 |
| 520334202 | ^ | MEBN | |
| | | Jul 18 2024 20:54:26 | MTA Bridges and Tunnels, PO BOX 15186, Albany, NY 12212-5186 |
| 520334199 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jul 18 2024 21:03:56 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520334200 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 18 2024 20:55:00 | Midland Credit Management Inc., Attn: Bankruptcy, 1037 Raymond Blvd, Ste. 310, Newark, NJ 07102-5423 |
| 520334201 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 18 2024 20:55:00 | Midland Credit Management, Inc, PO BOX 301030, Los Angeles, CA 90030-1030 |
| 520334204 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | |
| | | Jul 18 2024 20:53:00 | New Jersey Turnpike Authority, PO BOX 4971, Trenton, NJ 08650 |

District/off: 0312-2                                    User: admin                                              Page 4 of 4
Date Rcvd: Jul 18, 2024                                Form ID: 309A                                      Total Noticed: 113

| Recip ID | Bypass | Address |
|---|---|---|
| 520334209 | + Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com<br>Jul 18 2024 20:53:00 | NJ EZPass, 375 McCarter Hwy, Newark, NJ 07114-9801 |
| 520334220 | ^ MEBN<br>Jul 18 2024 20:54:00 | PA Turnpike Toll By Plate, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 520334233 | + EDI: SYNC<br>Jul 19 2024 00:37:00 | Synchrony/Ashley Furniture Homestore, PO Box 965060, Orlando, FL 32896-5060 |
| 520334237 | + Email/Text: bankruptcydepartment@tsico.com<br>Jul 18 2024 20:55:00 | TSI/ Transworld Systems Inc., 500 Virginia Drive, Ste 514, Fort Washington, PA 19034-2733 |
| 520334236 | + Email/Text: bankruptcydepartment@tsico.com<br>Jul 18 2024 20:55:00 | Transworld System Inc., PO BOX 15110, Wilmington, DE 19850-5110 |
| 520334242 | + Email/Text: bankruptcy@uflp.com<br>Jul 18 2024 20:54:00 | Universal Fidelity Limited Partnership, PO BOX 5444, Katy, TX 77491-5444 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520334164 | | Gabriella L. De Araujo, R. Valdemar Chianca 150, Jardim Oceania, Joao Pessoa, PB 58037 Br |
| 520334180 | | Grabriella L. De Araujo, R. Valdemar Chianca 150, Jardim Oceania, Joao Pessoa, PB 58037 Br |
| 520334129 | * | Affirm, Inc., 650 California St, Fl. 12, Fl 12, San Francisco, CA 94108-2716 |
| 520334125 | * | Affirm, Inc., 650 California St. Fl 12, Fl 12, San Francisco, CA 94108-2716 |
| 520334127 | *+ | Affirm, Inc., 650 California St. Fl. 12, Fl 12, San Francisco, CA 94108-2716 |
| 520334128 | * | Affirm, Inc., 650 California St. Fl. 12, Fl 12, San Francisco, CA 94108-2716 |
| 520334146 | *+ | City of Fort Lauderdale Fire Rescue, 528 NW 2nd Street, Fort Lauderdale, FL 33311-9108 |
| 520334148 | *+ | Clinical Neurophysiology, 301 E 17th Street, New York, NY 10003-3804 |
| 520334176 | *+ | GAbriella Londres De ARaujo, 3333 Port Royale Dr. S., Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334175 | *+ | Gabriella Londres -De Araujo, 3333 Port Royale Dr. S, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334166 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S, Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334173 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S. Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334172 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S., APT.802, Fort Lauderdale, FL 33308-7930 |
| 520334170 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S., Apt 802, Fort Lauderdale, FL 33308-7930 |
| 520334167 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S., Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334171 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S., Apt. 802, Fort Lauderdale, FL 33308-7930 |
| 520334169 | *+ | Gabriella Londres De Araujo, 3333 Port Royale Dr. S., Apt.802, Fort Lauderdale, FL 33308-7930 |
| 520334191 | *+ | Inpathy Behavioral Healthcare, 765 Route 70 East Building A-100, Marlton, NJ 08053-2341 |
| 520334217 | *+ | One Heart Health, 757 Teaneck Rd Suite B, Teaneck, NJ 07666-4241 |
| 520334241 | *+ | Union City Municipal Court, 3715 Palisade Avenue, Union City, NJ 07087-4809 |
| 520334245 | *+ | VF(Minor), 3333 Port Royale Dr. S., Apt. 802, Fort Lauderdale, FL 33308-7930 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024                           Signature:          /s/Gustava Winters